1   PAUL L. REIN, Esq.   (SBN 43053)
    PATRICIA BARBOSA, Esq.   (SBN 125865)
2   JULIE A. OSTIL, Esq. (SBN 2)222  RECEIVED
    LAW OFFICES OF PAUL L. REIN
3   200 Lakeside Dr., Suite A       JUN - 7 2007
    Oakland, CA 94612
4   (510) 832-5001                  RICHARD W. WIEKING
                                CLERK, U.S. DISTRICT COURT
5   Attorneys for Plaintiffs    NORTHERN DISTRICT OF CALIFORNIA
                                        OAKLAND               FILED
6   SHERON GEORGE and SHARRICCI FOURTE-DANCY
                                                            JUN 1 1 2007
7                                                        RICHARD W. WIEKING
                                                   CLERK, U.S. DISTRICT COURT
8                  UNITED STATES DISTRICT COURT  NORTHERN DISTRICT OF CALIFORNIA
                  NORTHERN DISTRICT OF CALIFORNIA          OAKLAND

9

10  SHERON GEORGE and SHARRICCI     Case No. C00-2206 CW
    FOURTE-DANCY                    Civil Rights
11            Plaintiffs,

12  v.                              STIPULATION AND [PROPOSED] ORDER
                                    FOR EXTENSION OF TIME TO FILE
13  BAY AREA RAPID TRANSIT          REPLY TO RESPONSE TO PLAINTIFFS'
    DISTRICT, and DOES 1 through    SUPPLEMENTAL ATTORNEY FEE MOTION
14  20, Inclusive

15

16            Defendants.
    _____/

17          Plaintiffs and defendant Bay Area Rapid Transit

18  District ("BART") hereby jointly stipulate that the Court

19  extend plaintiffs' deadline for filing a reply to defendant's

20  response to plaintiff's supplemental attorney fee motion.

21          Good cause exists for continuing the deadline:

22          1.   On May 18, 2007, plaintiffs' lead counsel

23  Patricia Barbosa underwent abdominal surgery.   Unfortunately,

24  the surgery had unexpected complications, necessitating far

25  more extensive and serious surgery than had been anticipated.

26          2.   Because of the complications to her surgery, Ms.

27  Barbosa's projected recovery time has drastically increased,

28  and she will be unable to do any substantive work during her

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3303
(510) 832-5001

Stipulation and Proposed Order for Extension of Time:        — 1 —
Case No. C00-2206-CW

s:/pr/cases10/bart/pleadings/036-06-07 stip to extend time for reply.doc

1   recovery.  Ms. Barbosa is co-lead counsel for plaintiffs and

2   plaintiffs believe her participation is crucial to the

3   preparation of plaintiffs' Reply brief.

4         3.   There is no hearing scheduled on this motion,

5   and the Court has indicated that it intends to issue a ruling

6   on the papers alone.

7         4.   Therefore, plaintiffs request, and BART does not

8   oppose, that plaintiffs' deadline for filing their Reply to

9   defendant's response to plaintiffs' supplemental motion for

10   attorney fees be extended to and through June 28, 2007.  This

11   represents a two-week extension of the current deadline, set in

12   the Court's Order filed on April 24, 2007.

13

14   DATED: June 6, 2007              PAUL L. REIN

15                                 PATRICIA BARBOSA
                                 JULIE A. OSTIL

16                                 LAW OFFICES OF PAUL L. REIN

17

18                                 By Attorneys for Plaintiff

19                                 SHERON GEORGE and SHARRICCI
                                 FORTE-DANCY

20   DATED: June 6, 2007              CLEMENT L. GLYNN

21                                   JAMES HANLON
                                 GLYNN & FINLEY

22

23

24                               By Attorneys for Defendant

25                                 BAY AREA RAPID TRANSIT
                                 DISTRICT

26   ///

27   ///

28   ///

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation and Proposed Order for Extension of Time:      - 2 -
Case No. C00-2206-CW

**ORDER**

Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that plaintiffs shall file their Reply brief in support of their supplemental motion for attorney fees no later than June 28, 2007.

Dated: _____**JUN 1 1 2007**_____

Hon. Claudia Wilken
United States District Judge

Stipulation and Proposed Order for Extension of Time:
Case No. C00-2206-CW

— 3 —

x:\jobs\cases\lil\sser\pleadings\06-06-07 stip to extend time for reply.doc

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GEORGE, ET AL,

            Plaintiff,

   v.

BART,

            Defendant.

_____/

Case Number: CV00-02206 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 11, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Karl N. Gellert
U.S. Dept. of Justice
Civil Rights Division
RFK Main Blvdg., Rm. 3718
Ben Franklin Station
P.O. Box 14403
Washington, DC 20044-4403

Dated: June 11, 2007

                                   Richard W. Wieking, Clerk
                                   By: Sheilah Cahill, Deputy Clerk