PAUL L. REIN, Esq.  (SBN 43053)
PATRICIA BARBOSA, Esq.  (SBN 125865)
JULIE A. OSTIL, Esq. (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832-5001

Attorneys for Plaintiffs
SHERON GEORGE and SHARRICCI FOURTE-DANCY

RECEIVED
JUN 2 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
JUN 2 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERON GEORGE and SHARRICCI FOURTE-DANCY<br><br>Plaintiffs,<br><br>v.<br><br>BAY AREA RAPID TRANSIT DISTRICT, and DOES 1 through 20, Inclusive,<br><br>Defendants.<br>_____/ | Case No. C00-2206 CW<br><br>Civil Rights<br><br>**PLAINTIFF'S MOTION FOR A TWO WEEK CONTINUANCE TO SUBMIT REPLY BRIEF AND [PROPOSED] ORDER**<br><br>Pursuant to L.R. 6-3<br><br>Date: no hearing scheduled<br>Place: U.S. Federal District Court<br>      1301 Clay St., Oakland, CA<br>Judge: Hon. Claudia Wilken |

### I.   INTRODUCTION

Plaintiffs herein present their request for an enlargement of time of two weeks to submit their Reply brief on plaintiff's Supplemental Motion for Attorney Fees.

### II.   REASONS FOR REQUESTED ENLARGEMENT OF TIME

Plaintiffs' lead counsel Patricia Barbosa recently underwent major surgery and suffered serious complications during and after this surgery. (See Barbosa Dec., ¶2 and Ex. A) Ms. Barbosa is the attorney who has familiarity with this case, with all of plaintiffs' counsel's work on the case, and as such is the only attorney who can adequately prepare plaintiffs' Reply on their Supplemental Motion for Attorney Fees. (See Barbosa Dec., ¶1).

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR.
SUITE A
OAKLAND, CA 94612

Motion and Proposed Order for Extension: Case No. C00-2206 CW — 1 —

Ms. Barbosa is currently unable to work or even to sit up for any significant length of time, and as such, is precluded from working on plaintiffs' Reply brief. She is also on medication that makes it difficult for her to concentrate. (See Barbosa Dec., ¶¶2 and 3) Ms. Barbosa requests a two-week extension on the brief, to July 13, 2007, which will allow her to complete the brief without endangering her health.

### III.  EFFORTS TO OBTAIN STIPULATION FOR ENLARGEMENT

Plaintiffs' counsel, upon first learning of the complications of Ms. Barbosa's surgery, contacted defense counsel and asked them if they would stipulate to a one-month extension. Defense counsel refused to so stipulate. Instead, they offered to stipulate to a two-week extension, and indicated that if plaintiffs' counsel required more time than this, that they should file a motion, which would not be opposed by defendant. Plaintiffs' counsel accepted the two-week stipulated extension in the hopes that Ms. Barbosa's recovery would proceed quickly. However, her recovery has been slower than anticipated and she is still unable to work on the Reply brief. Accordingly, in absence of defendants' agreement to stipulate, plaintiffs are forced to file this motion, which they anticipate, based on defense counsel's explicit representations, will be unopposed by defendant.

### IV.  PREJUDICE WOULD OCCUR IF THE ENLARGEMENT IS NOT GRANTED

Plaintiffs' lead counsel Patricia Barbosa is the attorney who has the most familiarity with this case, and with all of plaintiffs' counsel's work on the case, and as such is the only attorney who can adequately prepare plaintiffs' Reply on their Supplemental Motion for Attorney Fees. Ms. Barbosa is the attorney who prepared the Supplemental Motion for Fees. (See Barbosa Dec., ¶1). Plaintiffs would suffer severe prejudice if they were forced to file a Reply brief without Ms. Barbosa's full participation, and Ms. Barbosa cannot currently prepare the Reply brief without endangering her health and prolonging her recovery time.

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR.
SUITE A
OAKLAND, CA 94612

Motion and Proposed Order for Extension: Case No. C00-2206 CW    — 2 —

## V. COMPLIANCE WITH L.R. 37-1(a) AND NATURE OF UNDERLYING DISPUTE

As stated above, plaintiffs' counsel contacted defense counsel for Bay Area Rapid Transit ("BART") to attempt to resolve the issue without the need for a motion (the motion is only against BART, and the DOJ has not opposed the motion, and when contacted, indicated that it had no interest in any time modifications and would not oppose such modification). The attorneys conducted a telephone conference but were unable to come to agreement on plaintiffs' request, except that defense counsel would agree to stipulate only to a two-week continuance. Plaintiffs accepted this initial continuance, which was granted by the Court, but due to Ms. Barbosa's continued inability to work, plaintiffs now require more time, which defendants refused to stipulate to.

The underlying motion involves plaintiffs' request for attorney fees for work performed in the district court following the Ninth Circuit's remand to allow the Department of Justice to file an Intervenor's brief. Plaintiffs once again prevailed on summary judgment and have made a motion for attorney fees as prevailing parties for the work performed on remand.

## VI. PREVIOUS TIME MODIFICATIONS

On June 6, 2007, the parties submitted a stipulation for a two-week extension of plaintiffs' Reply brief, extending the date to June 28, 2007. The Court granted this stipulation on June 11, 2007.

## VII. EFFECT MODIFICATION WOULD HAVE ON CASE

There is no hearing date set for this motion as the Court has indicated that it intends to decide the motion on the papers, and no party would be prejudiced by the extension, but plaintiffs would suffer severe prejudice if the extension is not granted. There are no trial dates or any other dates which would be affected by the extension.

///

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR.
SUITE A
OAKLAND, CA 94612

Motion and Proposed Order for Extension: Case No. C00-2206 CW — 3 —

## VIII. CONCLUSION

Plaintiffs respectfully request that their deadline for filing a Reply brief on the Supplemental Motion for Attorney Fees be extended to and through July 13, 2007.

Dated: June 26, 2007

Respectfully Submitted,

PAUL L. REIN
PATRICIA BARBOSA
JULIE A. OSTIL
LAW OFFICES OF PAUL L. REIN


*PBarbosa*

_____
Attorney for Plaintiffs
SHERON GEORGE and SHARRICCI FOURTE-DANCY

## ORDER

Good cause having been shown, it is hereby ORDERED that plaintiff's Reply brief on its Supplemental Attorney Fee Motion shall be filed no later than July 13, 2007.

Dated: 6/29/07

_____
Hon. Claudia Wilken
U.S. District Judge

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR.
SUITE A
OAKLAND, CA 94612

Motion and Proposed Order for Extension: Case No. C00-2206 CW — 4 —