UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERON GEORGE, et al. | |
| Plaintiff(s), | No. C00-2206 CW (BZ) |
| v. | |
| BART, et al., | **NOTICE OF RECUSAL** |
| Defendant(s). | |

I hereby recuse myself in the above action.

Dated: December 1, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\GEORGE RECUSAL.wpd

1